# Ex C

