IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA M.F. KIM, et al., | * | |
| Plaintiffs, | * | Case No. 1:21-cv-655-DKC |
| | | Hon. Deborah K. Chasanow |
| v. | * | |
| BOARD OF EDUCATION OF HOWARD COUNTY, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF INVOKING WAIVER PROCEDURE & CERTIFICATE OF SERVICE

I, Michael F. Smith, co-counsel for Plaintiffs, Pursuant to L.R. 103.2(c), file this Notice of Invoking Waiver Procedure and Certificate of Service, and state:

1. I hereby certify that on March 16, 2021, Plaintiffs invoked the waiver of service provision of Fed. R. Civ. P. 4(d) and I emailed a Waiver of Service form to Mark Blom, Esq., General Counsel of Defendant Board of Education of Howard County, pursuant to his agreement to accept email service at mark_blum@hcpss.org. I will file the completed Waiver of Service form with the Court upon its receipt back.

2. I further certify that on this date I served true and correct copies of the below-listed documents upon Mr. Blom by emailing them to him at the same email:

--Complaint for Declaratory and Other Relief, with exhibits (ECF 1 – 1-3);
--Civil Case Cover Sheet (ECF 1-4);
--Motion for Admission *Pro Hac Vice* of J. Christian Adams (ECF 2);
--Motion for Admission *Pro Hac Vice* of Maureen Riordan (ECF 3);
--Paperless Order granting *Pro Hac Vice* admission – Adams (ECF 4);
--Paperless Order granting *Pro Hac Vice* admission – Riordan (ECF 5); and
--This Notice and Certificate of Service.

                                                                        By: /s/ Michael F. Smith
                                                                              Michael F. Smith

Dated: March 16, 2021