UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **LISA M.F. KIM, et al.,** : | |
| *Plaintiffs*, : | |
| : | |
| vs. : | Case No. 1:21-cv-655-DKC |
| : | |
| **BOARD OF EDUCATION OF** : | |
| **HOWARD COUNTY,** : | |
| *Defendant*. : | |
| : | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Complaint, Defendant's Motion to Dismiss, and the accompanying briefing, Defendant's Motion is GRANTED. It is hereby ORDERED that Plaintiffs' Complaint is DISMISSED with prejudice.

_____     _____
DATE                                    UNITED STATES DISTRICT JUDGE