# EXHIBIT 3

DOUGLAS F. GANSLER
ATTORNEY GENERAL

KATHERINE WINFREE
Chief Deputy Attorney General

JOHN B. HOWARD, JR.
Deputy Attorney General

ROBERT A. ZARNOCH
Assistant Attorney General
Counsel to the General Assembly

SANDRA BENSON BRANTLEY
BONNIE A. KIRKLAND
KATHRYN M. ROWE
Assistant Attorneys General



## THE ATTORNEY GENERAL OF MARYLAND
### OFFICE OF COUNSEL TO THE GENERAL ASSEMBLY

April 19, 2007

The Honorable Martin O'Malley
Governor of Maryland
State House
Annapolis, Maryland 21401-1991

Dear Governor O'Malley:

    We have reviewed the following bills and hereby approve them for constitutionality and legal sufficiency:

| HOUSE | | SENATE |
|-------|-------|--------|
| $251^A$ | 908 | $332^E$ |
| $252^B$ | $942^E$ | $374^H$ |
| $303^C$ | 969 | 434 |
| 513 | $1049^F$ | $565^B$ |
| 602 | 1078 | $774^F$ |
| $618^D$ | 1089 | $885^I$ |
| 682 | 1225 | 974 |
| 881 | $1356^G$ | $984^G$ |

Very truly yours,

Douglas F. Gansler
Attorney General

DFG/RAZ/as

cc:   Joseph Bryce
      Secretary of State
      Karl Aro

LEGISLATIVE SERVICES BUILDING · 90 STATE CIRCLE · ANNAPOLIS, MARYLAND 21401
2007br\fm14          410-946-5600 · 301-970-5600 · FAX 410-946-5601 · TDD 410-946-5401 · 301-970-5401

Page 2
April 19, 2007

*Footnotes*

A.   HB 251 is identical to SB 224.

B.   HB 252 is identical to SB 565.

C.   HB 303 is identical to SB 441

D.   In our view, HB 618 is not invalid as a special law under Maryland Constitution, Article III, §33.  *See* Bill Review Letter on SB 78, dated April 10, 2006.

E.   HB 942 is identical to SB 332

F.   HB 1049 is identical to SB 774.

G.   HB 1356 is identical to SB 984.

H.   SB 374 is identical to HB 323.

I.   In our view, SB 885 does not violate the one subject requirement of Maryland Constitution Article III, §29.