UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **LISA M.F. KIM, et al.**, *Plaintiffs*, | : <br> : <br> : <br> : |
| vs. | : Case No. 1:21-cv-655-DKC |
| **BOARD OF EDUCATION OF HOWARD COUNTY**, *Defendant*. | : <br> : <br> : <br> : <br> : |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(a)(1), I respectfully move to withdraw as counsel for Defendant Board of Education of Howard County in the above-captioned matter, as I will be leaving my position at Georgetown's Institute for Constitutional Advocacy & Protection imminently. Jonathan Backer, who entered his appearance in this matter on March 24, 2021, will continue to serve counsel of record for Defendant.

                                                  Respectfully submitted,

                                                  */s/ Nicolas Y. Riley*
                                                  NICOLAS Y. RILEY (Bar No. 810809)
                                                  INSTITUTE FOR CONSTITUTIONAL
                                                  ADVOCACY AND PROTECTION
                                                  Georgetown University Law Center
                                                  600 New Jersey Avenue NW
                                                  Washington, D.C. 20001
                                                  Telephone: 202-662-9042
                                                  nr537@georgetown.edu

July 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Nicolas Y. Riley</u>
NICOLAS Y. RILEY